

1320 RXR Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com

**James M. Wicks**
Partner

Direct Dial 516.227.0617
Direct Fax 516.336.2204
jwicks@farrellfritz.com

Our File No.
21681-102

January 17, 2013

**Via ECF**
Hon. Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    **Re:**    ***Benjamin v. Carusona, et al.,***
              **11-CV-6120 (JFB)(ARL) (E.D.N.Y.)**

Dear Judge Bianco:

    We represent Defendant Gurney's Inn Resort & Spa Ltd. ("Gurney's"). We write in response to Plaintiff Linda Benjamin's letter to the Court, dated yesterday (*see* DE 162). On behalf of Gurney's, we are unaware of any "proposed settlement", or even the identity of any of the unspecified "multiple parties" referred to by Mr. Feffer. In short, none of the defendant parties have been privy to any recent "settlement negotiations" with Ms. Benjamin or her counsel, Mr. Feffer. Accordingly, the action should proceed, without delay, in the normal course.

                                                   Respectfully submitted,

                                                   *James M. Wicks*

                                                   James M. Wicks

cc:    All Counsel of Record (via ECF)

Interwoven\2749317.2

**Bridgehampton**    •    **Hauppauge**    •    **New York**