HARWOOD FEFFER LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630

February 15, 2013

By ECF

Honorable Joseph F. Bianco,
United States District Court Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:  Benjamin v. Carusona
     11 Civ. 6120 (JFB)

Dear Judge Bianco:

We represent plaintiff and write, pursuant to the Court's direction, to provide a report on the status of settlement negotiations.

The settlement negotiations have proceeded and the documentation has been circulated to all parties for their review. The parties are hopeful that a settlement can be achieved and all parties join in the request that plaintiff's motion for leave to file the Third Amended Complaint be marked off-calendar. We will report to the Court if the parties are successful in resolving the litigation in the coming weeks.

Respectfully submitted,

Joel C. Feffer

JCF:ggc
cc:   All counsel (By ECF)